# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DENNIS FISHER, | : | Case No. 3:20-cv-00473 |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| JOSEPH CARFORA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend the Discovery and Other Case Management Deadlines. For good cause shown, the parties' Joint Motion to Extend the Discovery and Other Case Management Deadlines (Doc. No. 22) is **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Discovery Deadline | July 18, 2022 |
| Dispositive Motion Deadline | September 16, 2022 |

**IT IS SO ORDERED**.

March 30, 2022

*/s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge