UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DENNIS FISHER,

    Plaintiff,                                        Case No. 3:20-cv-473

vs.

JOSEPH CARFORA, *et al.*,                District Judge Michael J. Newman
                                                         Magistrate Judge Caroline H. Gentry

    Defendants.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

Date:   August 16, 2022                            s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge